| | |
|---|---|
| 1 | DAVID B. FARKAS (SBN 257137) |
|   | david.farkas@us.dlapiper.com |
| 2 | DLA PIPER LLP (US) |
| 3 | 2000 Avenue of the Stars |
|   | Suite 400 North Tower |
| 4 | Los Angeles, California 90067-4704 |
|   | Tel: (310) 595-3000 |
| 5 | Fax: (310) 595-3300 |
| 6 | JOHN K. LYONS (*Pro Hac Vice*) |
|   | john.lyons@dlapiper.com |
| 7 | JEFFREY S. TOROSIAN (*Pro Hac Vice*) |
|   | jeffrey.torosian@dlapiper.com |
| 8 | JOSEPH A. ROSELIUS (*Pro Hac Vice*) |
| 9 | joseph.roselius@dlapiper.com |
|   | DLA PIPER LLP (US) |
| 10 | 444 West Lake Street, Suite 900 |
|    | Chicago, Illinois 60606-0089 |
| 11 | Tel: (312) 368-4000 |
|    | Fax: (312) 236-7516 |

<div style="text-align:center; border:1px solid; padding:10px; width:200px;">
**FILED & ENTERED**

MAR 30 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK
</div>

Attorneys for Jonathan D. King as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>    Debtor. | Lead Case No.: 2:17-bk-21386-SK<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SK |
| In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>    Debtor. | |
| JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.,<br><br>    Plaintiff,<br><br>v.<br><br>CAVIC AVIATION LEASING (IRELAND) 22 CO. DESIGNATED ACTIVITY COMPANY; BOMBARDIER AEROSPACE CORPORATION,<br><br>    Defendants. | **Adv. Proc. No. 2:19-ap-1147-SK**<br><br>**ORDER DENYING TRUSTEE'S APPLICATION TO SEAL EXHIBITS TO TRUSTEE'S NOTICE OF APPEAL**<br><br>[Relates to Dkt. Nos. 382, 383]<br><br>Hearing:<br>Date:  N/A<br>Time:  N/A<br>Place:  Courtroom 1575<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

EAST\189527804.3

1    The Court having reviewed the Application (the "Application") of Jonathan D. King, solely in his capacity as Chapter 7 Trustee (the "Trustee") of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd., the debtors (the "Debtors" or, collectively, "Zetta") in the above-captioned bankruptcy cases, for entry of an order authorizing the Trustee to file under seal Exhibits F, G, L, and N to the *Trustee's Notice of Appeal* (the "Exhibits") [Dkt. 382], in the above captioned adversary proceeding, and any responses thereto.

**IT IS HEREBY ORDERED** that the Application is DENIED. See Fed. R. Bankr. P. 8009(f) (providing that "a party must file a motion with the court where the appeal is pending to accept [a] document under seal. If the motion is granted, the movant must notify the bankruptcy court of the ruling . . . .").

//

//

//

//

//

//

//

//

Date: March 30, 2022

*Sandra R. Klein*
United States Bankruptcy Judge

EAST\189527804.3